UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-181-BO-1

UNITED STATES OF AMERICA

V.

KENNY MAURICE THOMAS

O R D E R

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to KENNY MAURICE THOMAS be changed to reflect the proper identification of the defendant as KENNIE MAURICE THOMAS.

This the 4 day of August, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE