# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# 5:10-CR-00181-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | UNOPPOSED |
| ) | MOTION TO CONTINUE |
| KENNIE MAURICE THOMAS, ) | SENTENCING |
| Defendant. ) | |
| ) | |

COMES NOW, the Defendant, by and through counsel, and moves the Court to continue this matter from the Court's August 8, 2013 calendar. In support of this Motion counsel for the Defendant will show unto the Court that:

1) The sentencing is scheduled for the Court's August 8, 2013 Calendar.

2) The undersigned has previously scheduled conflicts the week of August 8, 2013.

3) The undersigned attorney respectfully requests a continuance of 30 days in this matter.

4) The undersigned is making this motion in the interest of justice and judicial economy not to delay.

5) That counsel for the government has been contacted and consents to the filing of this motion.

WHEREFORE, the Defendant respectfully prays that the Court continue this matter to the next term of Court.

This the 5th day of August, 2013

The Trabucco Law Firm, P.A.

By:/s/Slade C. Trabucco
Slade C. Trabucco
N.C. State Bar No.: 31843
P.O. Box 30804
Raleigh, N.C. 27622
Telephone: (919) 600-1307
Facsimile: (919) 882-9858
Sct03@fastmail.us
L.R. 57.1 Retained

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of this pleading upon the other parties to this action by CM/ECF Electronic Filing addressed to counsel for said parties, this 5th day of August, 2013

The Trabucco Law Firm, P.A.
By:/s/Slade C. Trabucco
Slade C. Trabucco
N.C. State Bar No.: 31843
P.O. Box 30804
Raleigh, N.C. 27622
Telephone: (919) 600-1307
Facsimile: (919) 882-9858
Sct03@fastmail.us
L.R. 57.1 Retained

TO: M. Denise Walker
Assistant United States Attorney
Eastern District of North Carolina
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601