UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-181-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KENNIE MAURICE THOMAS ) | |
| FRED ANTOINNE JOHNSON ) | |

For good cause shown, the Ex Parte Notice to the Court, along with the corresponding motion and order to seal, filed by the Government on August 7, 2013 in the above captioned matter, is hereby GRANTED.

SO ORDERED, this the _16_ day of _September_, 2013.

*(signature)*
TERRENCE W. BOYLE
United States District Judge